THE MILLS CORPORATION, A CORPORATION UNDER THE LAWS OF FLORIDA, CHARLES A. MILLS, G. A. MILLS AND JAMES H. GILMAN, *Appellants*, v. P. SEBASTIAN SCHERER, *Appellee*.

Decision Filed January 17, 1924.

This case was decided by Division B.

An Appeal from the Circuit Court for Dade County; H. Pierre Branning, Judge.

*R. F. Burdine*, for Appellants;

*Shutts & Bowen*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the orders herein, and briefs and argument of counsel

for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said orders; it is, therefore, considered, ordered and adjudged by the Court that the said orders of the Circuit Court be, and the same are hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.